UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WANSER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-CV-1829 W (DDL)<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT [DOC. 3]** |

　　　Pending before the Court is a joint motion for an extension of time for Defendant to respond to the complaint. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 3] and **ORDERS** Defendant to respond to the complaint on or before **November 24, 2023**.

　　　**IT IS SO ORDERED**.

Dated: October 31, 2023

_____
Hon. Thomas J. Whelan
United States District Judge